IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| PURVIS RAY CARTWRIGHT | § | |
| VS. | § | CIVIL ACTION NO.    1:07-CV-708 |
| JOHN B. FOX | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Purvis Ray Cartwright, a federal prisoner confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se*, filed this civil rights action pursuant to *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends dismissing the case without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

  **SIGNED** this the 15 day of **January, 2008.**

Thad Heartfield
United States District Judge

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct,

and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case

in accordance with the magistrate judge's recommendation.